IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNIE RAY PERAZA,** | 2:06-cv-00363-JAM-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Respondents. | |

Respondents have requested an extension of time to respond to Petitioner's Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondents are granted an extension of thirty-five (35) days up to and including September 8, 2008, to file their response.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/pera0363.111ans