IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,                  No. CIV S-06-0363 JAM DAD P

    vs.

ROSANNE CAMPBELL,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for default judgment contending that respondent's failure to file an answer entitles him to a default judgment. On June 4, 2008, the court directed respondent to file an answer within sixty days and on August 12, 2008, granted respondent an extension of time up to and including September 8, 2008 to file an answer. On September 8, 2008, respondent filed a timely answer. Accordingly, IT IS HEREBY ORDERED that petitioner's September 30, 2008 motion for default judgment (Doc. No. 31) is denied.

DATED: October 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
pera0363.def