IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA

          Petitioner,                    No. CIV S-06-0363 JAM DAD P

     vs.

ROSANNE CAMPBELL,

          Respondent.                    <u>ORDER</u>

_____/

          Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 8, 2008, the court denied petitioner's motion for default judgment because respondent filed a timely answer on September 8, 2008.  Petitioner has filed a motion for reconsideration claiming that respondent failed to serve him with the answer.

          Attached to respondent's answer is a declaration of service indicating that respondent properly served petitioner with the answer.  Moreover, generally a petitioner is not entitled to a default judgment due to the respondent's failure to respond to claims raised in a petition for habeas corpus.  <u>See</u> <u>Gordon v. Duran</u>, 895 F.2d 610, 612 (9th Cir. 1990).  In the interests of justice, the court will direct respondent to re-serve petitioner with the answer. However, for the reasons discussed herein, petitioner's motion for reconsideration will be denied.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  Petitioner's October 27, 2008 motion for reconsideration (Doc. No. 33) is

3  denied;

4           2.  Respondent is directed to re-serve petitioner with the answer; and

5           3.  Petitioner's reply, if any, shall be filed and served within thirty days after

6  service of the answer.

7  DATED: November 12, 2008.

8

9                          _Dale A. Drozd_

10                    DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

11  DAD:9
     pera0363.def(2)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26