IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,        No. CIV S-06-0363 JAM DAD P

    vs.

ROSANNE CAMPBELL,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has filed a motion for appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has also filed a motion for an extension of time to file and serve a reply to respondent's answer.  Good cause appearing, petitioner's motion will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's November 26, 2008 motion for the appointment of counsel (Docket No. 36) is denied;

/////

2. Petitioner's November 26, 2008 motion for an extension of time (Docket No. 37) is granted; and

3. Petitioner is granted thirty days from the date of this order in which to file and serve a reply to respondent's answer.

DATED: December 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
pera0363.110+111