IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,                    No. CIV S-06-0363 JAM DAD P

    vs.

ROSANNE CAMPBELL,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In both the petition and the answer, petitioner and respondent refer to a petition for a writ of habeas corpus filed by petitioner in the California Supreme Court. That state habeas petition is necessary to a determination of this action. However, it has not been lodged with the court, nor is it listed in respondent's Notice of Lodging.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that, within ten days from the date of this order, respondent shall lodge a copy of the petition for a writ of habeas corpus filed by petitioner in the California Supreme Court.

DATED: August 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
peraza363.o