IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,               No. CIV S-06-0363 JAM DAD P

   vs.

ROSANNE CAMPBELL,

    Respondents.            <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In her answer, respondent refers to and cites a Supplemental Reporter's Transcript on Appeal and a Supplemental Clerk's Transcript on Appeal, and represents that these documents will be lodged in support of the Answer. (Answer at 2 n.1, 15-16.) However, the documents have not been lodged with the court, nor are they listed in respondent's Notice of Lodging. The court finds that they are necessary to a determination of this action.

/////
/////
/////
/////

1

1   Accordingly, good cause appearing, IT IS HEREBY ORDERED that, within
2  ten days from the date of this order, respondent shall lodge the Supplemental Reporter's
3  Transcript on Appeal and the Supplemental Clerk's Transcript on Appeal.
4  DATED: August 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:
peraza363.2o