IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,                  No. CIV S-06-0363 JAM DAD P

    vs.

ROSANNE CAMPBELL,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on February 8, 2010, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On March 5, 2010, petitioner filed a request for the appointment of counsel. Petitioner is advised that this request should be made to the Court of Appeals and not to this court.

        Accordingly, IT IS ORDERED that petitioner's March 5, 2010 request for the appointment of counsel is denied without prejudice to its renewal in the Ninth Circuit Court of Appeals.

DATED: March 15, 2010.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
pera0363.110