IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE RAY PERAZA,

    Petitioner,                          No. CIV S-06-0363 JAM DAD P

    vs.

ROSANNE CAMPBELL,

    Respondent.                        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 8, 2010 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether his conviction violated his federal constitutional rights because he is factually innocent of the crimes for which he was convicted; (2) whether his trial counsel rendered ineffective assistance; (3) whether the prosecutor committed misconduct, in violation of his right to due process; (4) whether the evidence was insufficient to support the gang enhancement allegations; (5) whether his right to due process was violated by jury instruction error; and (6) whether his constitutional rights were violated when he was shackled during trial.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:   March 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2